IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DAVID GASCOT LUGO,

     Appellant,

 v.                             Case No.    5D22-823
                                     LT Case No. 2017-CF-15388-C-O

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed July 26, 2022

3.850 Appeal from the Circuit Court
for Orange County,
Patricia Strowbridge, Judge.

David G. Lugo, Wewahitchka, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Douglas T. Squire,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

SASSO, TRAVER and NARDELLA, JJ., concur.